UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| ANGELICA MARIA FRANCES, | Case No. 3:25-CV-00528-ART-CLB |
|---|---|
| Plaintiff, | **ORDER TO PAY FILING FEE OR FILE APLICATION TO PROCEED *IN FORMA PAUPERIS*** |
| v. | |
| FALLON NAVAL AIR STATION PERSONNEL, *et al.*, | |
| Defendant. | |

On September 26, 2025, Plaintiff Angelica Frances ("Frances") submitted a civil rights complaint under 42 U.S.C. § 1983. (ECF No. 1-1). Frances has neither paid the full $405 filing fee for this matter nor filed an application to proceed *in forma pauperis*.

Under Local Rule LSR 1-1, a person who is unable to prepay the fees in a civil case may apply to the Court for leave to proceed *in forma pauperis*. The application must be made on the form provided by the Court and must include a financial affidavit disclosing the applicant's income, assets, expenses, and liabilities.

Accordingly, **IT IS ORDERED** that the Clerk of the Court shall **SEND** Frances the approved form application to proceed *in forma pauperis* by a non-inmate.

**IT IS FURTHER ORDERED** that on or before **Monday, October 13, 2025**, Frances will either: **(1)** pay the full $405 filing fee for a civil action (which includes the $350 filing fee and the $55 administrative fee); or **(2)** file with the Court a completed Application to Proceed *in Forma Pauperis* for Non-Inmate on this Court's approved form, along with a completed and signed financial affidavit. Failure to do so will result in a recommendation to the District Court to dismiss the action.

The Court will retain Frances' civil rights complaint, (ECF No. 1-1), but will not file it unless and until Frances timely complies with this order.

**DATED**: September 29, 2025.

_____
UNITED STATES MAGISTRATE JUDGE